JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY RENE MADISON,<br><br>   Petitioner,<br><br> vs.<br><br>RON DAVIS, Warden, California State Prison at San Quentin,<br><br>   Respondent. | Case No.: CV 16-5433 GW<br><br>JUDGMENT |

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petition for Writ of Habeas Corpus dated February 13, 2017, this matter is DISMISSED without prejudice.  Because Petitioner has not demonstrated that he has been substantially denied a constitutional right, the Court DECLINES to issue a certificate of appealability. Further, any future filings by Petitioner in a pro se status, either under this cause of action or any other, shall be subject to the pre-filing review order in issued in conjunction with this judgment

  **IT IS SO ORDERED**.

Dated : February 13, 2017         _____

                     GEORGE H. WU, U.S. District Judge